

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2021

No. 04-21-00071-CR

**IN RE** Richard **LARES**, Relator

Original Proceeding[1]

**ORDER**

Relator's petition for writ of mandamus is DENIED.

It is so **ORDERED** on March 24, 2021.

_Rebeca C. Martinez_
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2021.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2006CR10110, styled *State of Texas v. Richard Lares*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.